# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX PEREZ, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>CVS HEALTH CORPORATION, a Delaware corporation a/d/a CVS Caremark; CVS PHARMACY, INC., a Rhode Island corporation; and DOES 1-100, inclusive,<br><br>　　　　　　　Defendant. | Case No. 1:19-cv-00449-DAD-BAM<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE**<br><br>Assigned: Judge Dale A. Drozd and Magistrate Judge Barbara A. McAuliffe<br><br>Date:　December 19, 2019<br>Time:　9:00 a.m.<br>CTRM:　#8 (6th Floor)<br><br>**Telephonic Conference.** |

ORDER GRANTING
JOINT STIPULATION TO CONTINUE
SCHEDULING CONFERENCE

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Los Angeles

PURSUANT TO STIPULATION, IT IS ORDERED THAT:

The Parties are ordered to submit a joint report informing the Court whether the matter was resolved at mediation on or before January 24, 2020. The Scheduling Conference currently scheduled for December 19, 2019, is continued to February 11, 2020, at 9:30 a.m. in the above-captioned Court.

If the matter is not resolved at mediation, then the Parties shall file an updated joint scheduling report at least seven (7) days before the conference. The Parties may appear at the conference by telephone with each party using the following dial-in number and access code: **dial-in number 1-877-411-9748; access code 3190866.** If the parties file a notice of settlement prior to the conference, then the conference will be vacated.

IT IS SO ORDERED.

Dated: **November 26, 2019**      /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

ORDER GRANTING
JOINT STIPULATION TO CONTINUE
SCHEDULING CONFERENCE