UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX PEREZ, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>CVS HEALTH CORPORATION, a Delaware corporation a/d/a CVS Caremark; CVS PHARMACY, INC., a Rhode Island corporation; and DOES 1-100, inclusive,<br><br>    Defendant. | Case No. 1:19-cv-00449-DAD-BAM<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE MOTION FOR PRELIMINARY APPROVAL DEADLINE**<br><br>Assigned: Judge Dale A. Drozd and Magistrate Judge Barbara A. McAuliffe<br><br>Date: June 3, 2020<br>Time: 10:00 a.m.<br>CTRM: 8 |

ORDER GRANTING
JOINT STIPULATION TO CONTINUE
MOTION FOR PRELIMINARY
APPROVAL DEADLINE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

PURSUANT TO STIPULATION, IT IS ORDERED THAT:

The deadline to file the Motion for Preliminary Approval in the above-captioned matter, which is currently set for April 30, 2020, is hereby continued to May 7, 2020. All remaining preliminary approval deadlines shall remain as set forth in the Court's March 18, 2020 Order.

IT IS SO ORDERED.

Dated:   **April 30, 2020**              /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Los Angeles

2

ORDER GRANTING
JOINT STIPULATION TO CONTINUE
MOTION FOR PRELIMINARY
APPROVAL DEADLINE