1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11   FELIX PEREZ, an individual, on his        Case No. 1:19-cv-00449-DAD-BAM
     own behalf and on behalf of all others
12   similarly situated,                       **ORDER GRANTING JOINT
                                               STIPULATION TO EXTEND
13                     Plaintiff,              MOTION FOR PRELIMINARY
                                               APPROVAL DEADLINE**
14            vs.
                                               Assigned:  Judge Dale A. Drozd and
15   CVS HEALTH CORPORATION, a                            Magistrate Judge Barbara
     Delaware corporation a/d/a CVS                       A. McAuliffe
16   Caremark; CVS PHARMACY, INC., a
     Rhode Island corporation; and DOES 1-    Date:       June 3, 2020
17   100, inclusive,                           Time:       10:00 a.m.
                                               CTRM:       8
18                     Defendant.

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

                                                          ORDER GRANTING
                                            JOINT STIPULATION TO CONTINUE
                                            PRELIMINARY APPROVAL HEARING

1    Pursuant to the stipulation of the parties, good cause appearing based on the operational

2  strain on Defendants CVS Health Corporation and CVS Pharmacy, Inc. caused by the COVID-19

3  pandemic, and in order to accommodate the Court's calendar, it is HEREBY ORDERED that the

4  schedule for seeking preliminary approval of the class settlement in this case (Doc. No. 30) is

5  modified as follows:

6

7    Motion for Preliminary Approval
     of Class Action Settlement:                          May 14, 2020

8    Response to Motion for Preliminary
     Approval of Class Action Settlement:                 May 22, 2020

9    Reply to Response to Motion for
     Preliminary Approval of Class
10   Action Settlement:                                   May 29, 2020

11   Preliminary Approval Hearing:                        **June 12, 2020**
                                                          **9:30 AM**
12                                                        **Dept 8 (BAM)**

13    The parties are additionally cautioned that further modifications of the schedule for

14  seeking preliminary approval of the class settlement will not be granted absent a showing of good

15  cause.  Good cause may consist of the inability to comply with court orders in light of the

16  COVID-19 pandemic. Any such future difficulties should be explained.

17

18  IT IS SO ORDERED.

19   Dated:   **May 7, 2020**          _____/s/ Barbara A. McAuliffe_____

20                                     UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

2